IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA RENDON GARCIA, ) | CIV F 04-5999 AWI SMS |
| Plaintiff, ) | ORDER VACATING NOVEMBER 28, 2005, HEARING DATE AND TAKING DEFENDANT'S MOTION TO DISMISS UNDER SUBMISSION |
| v. ) | |
| DARREL ADAMS, an individual, ) | |
| Defendants. ) | |

Defendant Darrel Adams has noticed for hearing and decision a motion to dismiss. The matter was scheduled for hearing to be held on November 28, 2005. Pursuant to Local Rule 78-230(c), Plaintiff was required to file either an opposition or a notice of non-opposition no later than November 14, 2005. Plaintiff failed to do so.

Due to Plaintiff's failure to file a timely opposition or notice of non-opposition, she is in violation of the Local Rules. See 78-230(c). Plaintiff is further not entitled to be heard at oral argument in opposition to the motion. See 78-230(c). The court has reviewed Defendant's motion and the applicable law, and has determined that the motion is suitable for decision without oral argument. See Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of November 28, 2005, is VACATED, and no party shall appear at that time. As of November 28, 2005, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:   November 16, 2005**          /s/ Anthony W. Ishii
0m8i78                               UNITED STATES DISTRICT JUDGE