IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA RENDON GARCIA,         ) | CIV F 04-5999 AWI SMS |
| Plaintiff,         ) | ORDER RESETTING HEARING ON DEFENDANT'S MOTION TO DISMISS FOR JANUARY 30, 2006 |
| v.         ) | |
| DARREL ADAMS, an individual,         ) | |
| Defendants.         ) | |

Defendant Darrel Adams filed a motion to dismiss that was scheduled for hearing on November 28, 2005. In violation of Local Rule 78-230(c), Plaintiff failed to file either a timely opposition or notice of non-opposition. On November 18, 2005, the Court took the matter under submission. On November 22, 2005, Plaintiff filed a stipulation to continue the hearing to January 30, 2006. The stipulation had been signed by defense counsel on November 14, 2005. The stipulation indicates that in light of Defendant's initial disclosures, Plaintiff will either dismiss Defendant and file an amended complaint, or dismiss this action. Additionally, Plaintiff's counsel submitted a letter stating that the stipulation was not filed sooner because he was on vacation when defense counsel signed the stipulation. Despite the late filing of the stipulation, the Court finds that it is in the interest of justice and judicial economy to give effect to the stipulation.

Accordingly, IT IS HEREBY ORDERED that Defendant's motion to dismiss is reset for hearing at 1:30 p.m. on January 30, 2006, in light of the parties's agreed stipulation.

IT IS SO ORDERED.

**Dated:   December 8, 2005**                    **/s/ Anthony W. Ishii**
0m8i78                                                   UNITED STATES DISTRICT JUDGE