Anthony J. Palik, ESQ., SBN 190971
Law Offices of Anthony J. Palik
1107 9th Street, Suite 1011
Sacramento, CA  95814
(916) 325-1188

# UNITED STATES DISTRIC COURT
# EASTERN DISTRICT OF CALIFORNIA

GLORIA RENDON GARCIA, Mother and heir of Decedent FILIPE RENDON GARCIA (Father Daniel Rendon's whereabouts are unknown).

Plaintiff(s)

v.

DERRAL ADAMS, et al.

Defendant(s)

CASE NUMBER:
CV F-04-5999 AWI SMS

## SUBSTITUTION OF ATTORNEY

GLORIA RENDON GARCIA   [X] Plaintiff   [ ] Defendant   [ ] Other _____

Hereby substitutes ANTHONY J. PALIK _____ who is

[X] Retained Counsel   [ ] Court Appointed Counsel   [ ] Pro Per   1107 9th Street, Suite 1011

Sacramento, CA  95814      (916) 325-1188      (916) 325-1180      190971
*City, State, Zip Code*      *Telephone Number*      *Facsimile Number*      *State Bare Number*

as attorney of record in the place and stead of THOMAS A BRILL _____
*Present Attorney*

Dated: 9/15/05                              /s/ Gloria Rendon Garcia
                                            *Signature of Party*
                                            GLORIA RENDON GARCIA

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: 10/8/05                              /s/ Thomas A. Brill
                                            *Signature of Present Attorney*
                                            THOMAS A. BRILL

I am duly admitted to practice in this District pursuant to Local Rule 83-3.8.

Dated: 9/20/05                              /s/ Anthony J. Palik
                                            *Signature of New Attorney*
                                            ANTHONY J. PALIK

**Substitution of Attorney is hereby [ X ] Approved.        [ ] Denied.**

Dated:       1/06/2006                      /s/ Sandra M. Snyder
                                            **United States District Magistrate Judge**

**NOTICE TO COUNSEL:**   *If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Updated Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form as well as information about the Optical Scanning Program, is available on the Court's website at www.caed.uscourts.gov.*

**SUBSTITUTION OF ATTORNEY**

C-01 (08/02)                                                                                                        G01

PDF created with pdfFactory trial version www.pdffactory.com