**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **GLORIA RENDON GARCIA,** | ) | **CIV F 04-5999 AWI SMS** |
| | ) | |
| **Plaintiff,** | ) | **ORDER TAKING DERRAL** |
| | ) | **ADAMS'S MOTION TO** |
| **v.** | ) | **DISMISS UNDER** |
| | ) | **SUBMISSION** |
| **DERRAL ADAMS, an Individual,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| _____ | ) | |

Defendant Derral Adams's Rule 12(b)(6) motion to dismiss is pending in this action and is set for hearing on Monday, January 30, 2006.  The court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument.  Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of January 30, 2006, is VACATED, and the parties shall not appear at that time.  As of January 30, 2006, the Court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:    January 26, 2006**                     ___/s/ Anthony W. Ishii___
ciem0h                                                     UNITED STATES DISTRICT JUDGE