# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA RENDON GARCIA, Mother and Heir of Decedent, | CASE NO. 1:04-cv-05999-AWI-SMS |
| Plaintiff, | ORDER DENYING MOTION FOR A PROTECTIVE ORDER AS MOOT IN LIGHT OF THE DISMISSAL OF THIS ACTION |
| v. | (Doc. 76) |
| DERRAL ADAMS, et al., | |
| Defendants. | ORDER DIRECTING CLERK'S OFFICE TO CLOSE THE FILE IN THIS ACTION, AND ADJUST THE DOCKET TO REFLECT VOLUNTARY DISMISSAL, WITH PREJUDICE |
| | (Doc. 87) |

On May 31, 2007, the parties filed a stipulation for voluntary dismissal of this action, with prejudice. Fed. R. Civ. P. 41(a)(1)(ii). In light of the parties' stipulation, the Court deems it proper to order this action dismissed.

Accordingly, it is HEREBY ORDERED that:

1. The California Department of Corrections and Rehabilitation and CDCR Secretary James E. Tilton's motion for a protective order, filed May 9, 2007, is DENIED AS MOOT in light of the dismissal of this action; and

///
///
///

1

2. The Clerk of the Court SHALL close the file in this case and adjust the docket to reflect voluntary dismissal of this action, with prejudice, pursuant to Rule 41(a)(1)(ii).

IT IS SO ORDERED.

**Dated:**    **June 1, 2007**                                   **/s/ Anthony W. Ishii**
                                                           UNITED STATES DISTRICT JUDGE